In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00536-CR
_____

SHAWN TYLER NELSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 10-10433

## MEMORANDUM OPINION

On December 1, 2014, the trial court sentenced Shawn Tyler Nelson on a conviction for aggravated robbery. Nelson filed a notice of appeal on December 8, 2014. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On December 9, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No

response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 27, 2015
Opinion Delivered January 28, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.